**Sonia Verali OLIVARES, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–71435.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007.*

Filed April 30, 2007.

Sonia Verali Olivares, San Juan Capistrano, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Virginia Lum, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER, and CLIFTON, Circuit Judges.

MEMORANDUM **

Sonia Verali Olivares petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen removal proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252.

We review the denial of a motion to reopen for abuse of discretion, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Olivares' motion to reopen as untimely because Olivares filed the motion more than five years after the BIA's November 20, 2000, final order of removal. *See* 8 U.S.C. § 1229a(c)(7)(C)(i) (stating that a motion to reopen must be filed within ninety days of entry of a final administrative order of removal).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

